QUINN EMANUEL URQUHART & SULLIVAN, LLP
Karin Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for PFIZER INC.


LOPEZ MCHUGH LLP
Matthew Ramon Lopez (Bar No. 263134)
mlopez@lopezmchugh.com
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: (949) 737-1501
Facsimile:   (949) 737-1504

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Elizabeth Middleton Burke (*Pro Hac Vice*)
bburke@rpwb.com
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile:   (843) 216-6509

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH HERNANDEZ-LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:13-cv-01667-AWI-MJS<br><br>**JOINT STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

1    Defendant Pfizer Inc. ("Pfizer") and Plaintiff Elizabeth Hernandez-Lopez ("Plaintiff"),
2 through their respective counsel of record, hereby stipulate and agree as follows:
3    WHEREAS, on October 16, 2013, the Court ordered a Mandatory Scheduling Conference
4 set for January 30, 2014, at 10:00 a.m.;
5    WHEREAS, as currently scheduled, counsel for Pfizer has a conflict on January 30, 2014,
6 and is unable to take part in a scheduling conference on that date;
7    WHEREAS, Plaintiff notes that other Lipitor-related cases have been filed in other
8 jurisdictions and a plaintiff in another case has moved the Judicial Panel on Multidistrict Litigation
9 ("JPML") for Centralization and Transfer of Actions to an MDL in South Carolina;
10   WHEREAS, the JPML's hearing to determine whether to establish an MDL will be held on
11 January 30, 2014, and if an MDL is established, this case is expected to be transferred into it;
12   WHEREAS, the parties hereby stipulate and request that the Mandatory Scheduling
13 Conference be continued until after January 30, 2014, on a date that is convenient for the Court or, if
14 it is the Court's preference, pending a determination by the JPML, which is expected by the end of
15 February 2014; and
16   WHEREAS, the parties have conferred and agreed that they can both take part in a
17 scheduling conference on March 7, 2014, at 9:30 a.m., an alternative date identified by the Court,
18   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
19 of record, that the Mandatory Scheduling Conference shall be rescheduled for **March 7, 2014, at**
20 **9:30 a.m**., or for such later date or time that is convenient for the Court.

Dated:   January 28, 2014          QUINN EMANUEL URQUHART
                                     & SULLIVAN LLP

                                   By:  */s/ Karin Kramer*
                                        Attorneys for Defendant Pfizer Inc.


                                   LOPEZ MCHUGH LLP

                                   By:  */s/ Matthew Ramon Lopez*
                                        Attorneys for Plaintiff Elizabeth
                                        Hernandez-Lopez

-2-
JOINT STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE

|   |   |
|---|---|
| 1 | RICHARDSON, PATRICK, |
| 2 | WESTBROOK & BRICKMAN, LLC |
| 3 | By:   /s/ Elizabeth Middleton Burke |
|   |         Attorneys for Plaintiff Elizabeth |
| 4 |         Hernandez-Lopez |

I, Karin Kramer, am the ECF User whose ID and password are being used to file this Stipulation and   Order Continuing Mandatory Scheduling Conference.   In compliance with Local Rule 131(e), I hereby attest that attorney Matthew Ramon Lopez and Elizabeth Middleton Burke have concurred in this filing.

## ORDER

The Mandatory Scheduling Conference in the above-captioned matter is now set for **March 7, 2014, at 9:30 am**.   Plaintiff shall be responsible for filing the Joint Case Management Conference Statement by **February 28, 2014**.

IT IS SO ORDERED.

Dated:   January 28, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE
.

---
-3-
JOINT STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE