1  LOPEZ MCHUGH LLP
   Troy Alexander Brenes (Bar No. 249776)
2  tbrenes@lopezmchugh.com
   100 Bayview Circle, Suite 5600
3  Newport Beach, California 92660
   Telephone: (949) 737-1501
4  Facsimile: (949) 737-1504

5  RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
   Elizabeth Middleton Burke (*pro hac vice*)
6  bburke@rpwb.com
   1037 Chuck Dawley Boulevard
7  Building A
   Mt. Pleasant, SC 29464
8  Telephone: (843) 727-6500
   Facsimile: (843) 216-6509
9
   Attorneys for PLAINTIFF
10
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
11 Karin Kramer (Bar No. 87346)
   karinkramer@quinnemanuel.com
12 50 California Street, 22nd Floor
   San Francisco, California 94111
13 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
14
   Attorneys for DEFENDANT PFIZER INC.
15

16                 UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA

18

| Elizabeth Hernandez-Lopez, | CASE NO.: 1:13-cv-01667-AWI-MJS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL** |
| v. | |
| PFIZER, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL

1 | The Court has considered the parties' Joint Motion to Stay Pending Transfer to MDL, and
2 | for good cause shown therein, it is hereby ORDERED that the parties' request is GRANTED and
3 | that the status conference set for March 7, 2014, is vacated.
4 |
5 | IT IS SO ORDERED.
6 |
7 | Dated:    February 25, 2014              /s/ *Michael J. Seng*
  |                                          UNITED STATES MAGISTRATE JUDGE

-2-
[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL